**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :   No. 246 MAL 2022
                                :
            Respondent          :
                                :
                                :   Petition for Allowance of Appeal
                                :   from the Order of the Superior Court
        v.                      :
                                :
                                :
QUADIR SHAHIDD TAYLOR,          :
                                :
            Petitioner          :


## ORDER


**PER CURIAM**

    **AND NOW**, this 4th day of October, 2022, the Petition for Allowance of Appeal is **DENIED**.